# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2356

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Arnett J. Bonner, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 11, 2010
Filed: February 23, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arnett Bonner appeals the 112-month sentence the district court[1] imposed after granting the government's Fed. R. Crim. P. 35(b) motion to reduce Bonner's sentence based on substantial assistance. Upon careful review, we conclude that we lack jurisdiction to review Bonner's appeal. See United States v. Haskins, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam) (jurisdiction over appeal of Rule 35(b) sentence is governed by 18 U.S.C. § 3742(a); although defendant framed issue as sentence's overall reasonableness, he was appealing court's ruling on motion to reduce sentence,

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

and court lacked jurisdiction because he did not satisfy § 3742(a) criteria). Accordingly, we grant counsel leave to withdraw and we dismiss this appeal for lack of jurisdiction.

_____